FILED 2019 JUL 22 PM 3: 33
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAN HALL,

    Plaintiff,

vs.

Case No.: 6:19-cv-1346-ORL-37TBS

ADVANCED IT CONCEPTS, INC., a Florida
Profit Corporation, and TRINET HR III, INC.,
a Foreign Profit Corporation,

    Defendants.
_____/

## DEFENDANT ADVANCED IT CONCEPTS, INC.'S
## NOTICE OF AND PETITION FOR REMOVAL

Defendant, ADVANCED IT CONCEPTS, INC. ("Defendant" or "AITC"), by and though its undersigned counsel and in accordance with the Federal Rules of Civil Procedure and Title 28, United States Code, §§ 1331, 1441 and 1446, hereby files this Notice of and Petition for Removal of this action from the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, to the United States District Count for the Middle District of Florida, Orlando Division. The removal of this action is based on the following:

1.    On or about June 17, 2019, Plaintiff, DAN HALL ("Plaintiff"), filed a Compliant and Demand for Jury Trial that was captioned *"Dan Hall, Plaintiff, v. Advanced IT Concepts, Inc., a Florida Profit Corporation, and Trinet HR III, Inc., a Foreign Profit Corporation"* in the Eighteenth Judicial Circuit in and for Seminole County, Florida, which was assigned Case No. 2019-CA-001905-16-L (the "Circuit Court Case"). A true and correct copy of the Complaint and Demand for Jury Trial, along with copies of all other process, pleadings and orders served upon Defendant are being filed simultaneously herewith. *See* 28 U.S.C. 1446(a).

2. The Complaint and Demand for Jury Trial in the Circuit Court Case seeks relief for alleged violations of the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 216(b).

3. Because Plaintiff has asserted a claim under the FLSA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331.

4. Defendant was served with the Complaint on July 10, 2019. As such, this Notice has been filed within thirty (30) days after service of the Complaint and is, therefore, timely pursuant to 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(b)(2)(A), This removal is made with the consent of AITC's co-Defendant, TRINET HR III, INC.

6. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all adverse parties in this action and has filed a copy of this Notice in the Circuit Court in and for Seminole County, Florida.

7. The United States District Court for the Middle District of Florida includes the judicial county in which Plaintiff filed his Complaint and Demand for Jury Trial. Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, Defendant, ADVANCED IT CONCEPTS, INC., respectfully removes this action from the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida to the United States District Court for the Middle District of Florida.

Respectfully submitted this 19th day of July, 2019.

        KEITH L. HAMMOND, P.A.
        Hammond Law Center
        250 N. Orange Avenue, Suite 1200
        Orlando, Florida 32801
        Telephone: (407) 730-9909
        Facsimile: (800) 861-0585
        Primary e-mail: keith@hammondlawcenter.com
        Secondary e-mail: admin@hammondlawcenter.com

By: _____
        Keith L. Hammond
        Fla. Bar No. 0164798
        Attorney for Defendant, ADVANCED IT
        CONCEPTS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2019, the foregoing document served by U.S. Mail upon, and was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to, Louis Montone, Esq., The Leach Firm, P.A., 1950 Lee Rd Ste 213, Winter Park, FL 32789-1863, lmontone@theleachfirm.com, cleach@theleachfirm.com and yhernandez@theleachfirm.com.

By: _____
Keith L. Hammond